

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

February 15, 2022

No.: 22-70023
SEC No.: LA-5266
Short Title: Diversyfund, Inc., et al v. USSEC

Dear Petitioner/Counsel

Your Petition for Review has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

**The due dates for filing the parties' briefs and otherwise perfecting the petition have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the petitioner to comply with the time schedule order will result in automatic dismissal of the petition. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DIVERSYFUND, INC.; DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DF MANAGER, LLC; CRAIG CECILIO; ALAN LEWIS,

Petitioners,

v.

U.S. SECURITIES & EXCHANGE COMMISSION,

Respondent.

No. 22-70023

SEC No. LA-5266
Securities & Exchange Commission

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Tue., February 22, 2022** — Petitioner's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Fri., May 6, 2022** — Agency petitioner brief due

**Mon., June 6, 2022** — Respondent's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional petitioner's reply brief shall be filed and served within 21 days of service of the respondent's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the petitioner to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bradley Ybarreta
Deputy Clerk
Ninth Circuit Rule 27-7