**In the United States Court of Appeals
for the Ninth Circuit**

| | |
|---|---|
| **DiversyFund, Inc.;**<br>**DF Growth REIT, LLC;**<br>**DF Growth REIT II, LLC;**<br>**DF Manager LLC;**<br>**Craig Cecilio; and**<br>**Alan Lewis,**<br><br>     *Petitioners*,<br><br>  v.<br><br>**U.S. Securities and Exchange**<br>**Commission,**<br><br>     *Respondent.* | **No. 22-70023** |

## CERTIFIED LIST OF THE RECORD IN PROCEEDINGS
## BEFORE THE SECURITIES AND EXCHANGE COMMISSION

Pursuant to Section 9 of the Securities Act of 1933, 15 U.S.C. § 77i(a), Federal Rule of Appellate Procedure 17, and Circuit Rule 17-1, the Securities and Exchange Commission certifies that the materials listed below constitute the record considered by the Commission when it issued (i) an Amended Order Directing Private Investigation and Designating To Take Testimony, *In re DiversyFund, Inc. et al.* (Jan. 13, 2022); and (ii) an Order Denying Petition for Review, *In re DiversyFund, Inc. et al.* (Jan. 26, 2022). This list does not include readily available materials that the Commission may have considered, such as books, treatises, statutes, rules, cases, orders, other Commission releases, and historical materials.

<u>Doc. No.</u>                                  <u>Description</u>

1.          Formal Order Directing Private Investigation and Designating Officers To Take Testimony, *In re DiversyFund, Inc.*, No. LA-5266 (Nov. 8, 2021) [Non-Public].

2.          Notice of Intent to Petition (Dec. 6, 2021).

3.          Ltr. from S. Bhandari to S. Abero (Chief, Office of Small Business Policy, Division of Corporate Finance, U.S. Securities and Exchange Commission), *Request for Expedited Waiver of Any Disqualification Under Rule 262(a)(7) of Regulation A* (Dec. 7, 2021)

4.          Petition for Review of Order of Investigation and Order Commanding Diversyfund To Stop Offering or Selling Securities Previously Offered Pursuant to Regulation A Exemptions, *In re Matter of the Petition of DiversyFund, Inc., et al.*, No. LA-5266 (Dec. 13, 2021).

5.          Amended Formal Order Directing Private Investigation and Designating Officers To Take Testimony, *In re DiversyFund, Inc.*, No. LA-5266 (Jan. 12, 2022) [Non-Public].

6.          Order Denying the Petition for Review, *In re DiversyFund, Inc.*, No. LA-5266 (Jan. 26, 2022) [Non-Public].

For the Commission, by its Secretary, pursuant to delegated authority.

*Jill M. Peterson*

Jill M. Peterson
Assistant Secretary

Dated: March 28, 2022

2