# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| DIVERSYFUND, INC., et al., | 9th Cir. No. 22-70023 |
| Plaintiff - Appellant, | STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |
| v. | |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Defendant - Appellee. | |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: 04/20/2022

/s/ Robert M. Dato

Attorney for Appellant

/s/ Jeffrey A. Berger

Attorney for Appellee

# **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document entitled STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL. All participants in the case are registered CM/ECF users who will be served by the appellate CM/ECF system and/or by electronic mail by agreement of the parties.

I declare under penalty of perjury under the laws of the United States of America I am a member of the Bar of this Court making service, and this certificate is executed on April 20, 2022, at Irvine, in the County of Orange, State of California.

By: */s/ Robert M. Dato*

ROBERT M. DATO